■ Ruder & Finn Incorporated v Seaboard Surety Company. — Motion for leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which modified the order of the Supreme Court, properly made?" The order of this court entered on February 19, 1980, is vacated. [74 AD2d 741.] Concur — Murphy, P.J., Kupferman, Birns and Fein, JJ.

■ In the Matter of Edmund Allen Rosner. — Petition for reinstatement denied. Concur — Murphy, P.J., Kupferman, Sandler, Lupiano and Bloom, JJ.

■ Avon Products, Inc. v Sheldon H. Solow, Doing Business as Solow Building Company. — Motion, insofar as it seeks reargument, denied and insofar as it seeks leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur — Kupferman, J.P., Sullivan, Ross and Bloom, JJ.